**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHARON LINCOLN-ODUMU,** | |
| **Plaintiff,** | |
| *v.* | **Case No. 1:15-cv-01306-BAH** |
| **MEDICAL FACULTY ASSOCIATES, INC.** | |
| **Defendant.** | |

**JOINT MOTION TO EXTEND SCHEDULING ORDER**

Plaintiff Sharon Lincoln-Odumu ("Plaintiff") and Defendant Medical Faculty Associates, Inc. ("Defendant"), by and through their undersigned counsel, jointly move to extend the scheduling order in this case, as set forth below.

1.      Currently discovery in this matter closes on Monday, December 19, 2016, and a joint status report is due the same day.

2.      The parties have exchanged initial disclosures, and  have also exchanged and responded to written discovery. However, production of documents is not yet complete.

3.      Plaintiff's counsel have a very heavy litigation schedule this fall which will make it difficult to schedule depositions.

4.      In addition, the parties believe that additional discovery time may provide time to engage in fruitful settlement discussions, possibly without the need for all the depositions that might otherwise be necessary

5.      Consequently, the parties seek to extend the time to complete discovery and file a status report by 39 days, slightly over five weeks, to Friday, January 27, 2017.

6.      Therefore, the Parties propose that the scheduling order be modified as follows:

| | |
|---|---|
| Discovery closes | January 27, 2017 |

| Joint status report due | January 27, 2017 |
|---|---|
| Dispositive motions, if any, due | March 13, 2017 |
| Oppositions to dispositive motions due | March 27, 2017 |
| Replies in support of dispositive motions due | April 3, 2017 |

7.    This is the first motion seeking modification of the schedule order filed by the parties in this matter.

8.    WHEREFORE, Plaintiff and Defendant jointly request that the Court grant this Joint Motion to Extend Scheduling Order as set forth above. A proposed order is attached.

Respectfully submitted,

/s/ Jeremy Greenberg
(electronically signed with permission)
Jeremy Greenberg (#1024226)
Denise M. Clark (#420480)
Clark Law Group, PLLC
1250 Connecticut Avenue, NW, Suite 200
Washington, D.C. 20036
(202) 293-0015
jgreenberg@benefitcounsel.com
dmclark@benefitcounsel.com

*Counsel for Plaintiff, Sharon Lincoln Odumu*

/s/ Brian Steinbach

Kathleen Williams (#334888)
Brian Steinbach (#256727)
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 861-0900
BSteinbach@ebglaw.com
KWilliams@ebglaw.com

*Counsel for Defendant, Medical Faculty Associates, Inc.*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 5, 2016, a copy of the foregoing was served via electronic delivery on the following:

> Denise M. Clark, Esq.
> Jeremy Greenberg, Esq.
> Clark Law Group, PLLC
> 1250 Connecticut Ave., NW, Suite 200
> Washington, DC 20036
>
> Attorneys for Plaintiff

> /s/ Brian Steinbach
> Brian Steinbach (Bar No. 24849)

3