## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**SHARON LINCOLN-ODUMU,**

      **Plaintiff,**

    *v.*

**MEDICAL FACULTY ASSOCIATES, INC.**

      **Defendant.**

**Case No. 1:15-cv-01306-BAH**

## ORDER

AND NOW, this _____ day of _____, 2016, upon consideration of the Joint Motion to Extend Scheduling Order, and the entire record herein, it is:

ORDERED, that Joint Motion to Extend Scheduling Order is granted in its entirely; and it is further

ORDERED, that this case is scheduling order in this case is modified, as follows:

| | |
|---|---|
| Discovery closes | January 27, 2017 |
| Joint status report due | January 27, 2017 |
| Dispositive motions, if any, due | March 13, 2017 |
| Oppositions to dispositive motions due | March 27, 2017 |
| Replies in support of dispositive motions due | April 3, 2017 |

Dated: _____, 2016    _____
                                           United States District Judge

FIRM:40163582v1

2

Copies to:

Denise M. Clark (#420480).
Jeremy Greenberg (#1024226)
Clark Law Group, PLLC
1250 Connecticut Ave., NW, Suite 200
Washington, DC 20036
(202) 293-0015
(202) 293-4630 (fax)
dmclark@benefitcounsel.com
jgreenberg@benefitcounsel.com

Counsel for Plaintiff, Sharon Lincoln-Odumu

Kathleen Williams (#334888)
Of Counsel
Brian Steinbach (#24849)
Epstein Becker & Green, P.C.
1227 25th Street, N.W., Suite 700
Washington, D.C. 20037
(202) 861-0900
(202) 296-2882 (fax)
kwilliams@ebgl.aw.com
bsteinbach@ebglaw.com

Counsel for Defendant, Medical Faculty
     Associates, Inc.