**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SHARON LINCOLN-ODUMU,**<br><br>         **Plaintiff,**<br><br>*v.*<br><br>**MEDICAL FACULTY ASSOCIATES, INC.**<br><br>         **Defendant.** | Case No. 1:15-cv-01306-BAH |

## STIPULATION OF DISMISSAL

NOW COME Plaintiff, Sharon Lincoln-Odumu, by her attorney, and Defendant, Medical Faculty Associates, by its attorneys, and pursuant to Fed. R. Civ. P. 41(a) hereby stipulate to dismissal of this action, with prejudice and without costs, each side to bear her/its own attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeremy Greenberg<br>Jeremy Greenberg (1024226)<br>Denise M. Clark (420480)<br>Clark Law Group, PLLC<br>1250 Connecticut Avenue, NW, Suite 200<br>Washington, D.C. 20036<br>(202) 293-0015<br>jgreenberg@benefitcounsel.com<br>dmclark@benefitcounsel.com<br><br>*Counsel for Plaintiff* | /s/ Brian Steinbach<br>Kathleen Williams (334888)<br>Brian Steinbach (256727)<br>Epstein Becker & Green, P.C.<br>1227 25th Street, N.W., Suite 700<br>Washington, D.C. 20037<br>(202) 861-0900<br>BSteinbach@ebglaw.com<br>KWilliams@ebglaw.com<br><br>*Counsel for Defendant* |